**INFORMATICA CORPORATION, Plaintiff–Cross Appellant,**

v.

**BUSINESS OBJECTS DATA INTEGRATION, INC. (formerly known as Acta Technology, Inc.), Defendant–Appellant.**

Nos. 2008–1123, 2008–1137.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2008.

Lynn H. Pasahow, Fenwick & West, LLP, of Mountain View, CA, argued for the plaintiff-cross appellant. With her on the brief were J. David Hadden, Darren E. Donnelly, Carolyn Chang; and Heather N. Mewes and David D. Schumann, of San Francisco, CA. Of counsel were David M. Lacy Kusters, Fenwick & West, LLP, of San Francisco, CA and Ryan A. Tyz, Fenwick & West, LLP, of Mountain View, CA.

Daniel J. Furniss, Townsend and Townsend and Crew LLP, of San Francisco,

CA, argued for defendant-appellant. With him on the brief was Gregory S. Gilchrist.

Before MAYER, GAJARSA and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.